UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONDRAS L HOUSE,

        Plaintiff,

                                                                     Case No. 21-cv-0866-bhl

    v.

CITY OF MILWAUKEE, et al,

        Defendants.

## ORDER

      On July 22, 2021, *pro se* Plaintiff Dondras L. House filed a complaint against Defendants City of Milwaukee, Milwaukee Fire and Police Commission, Alfonso Morales, Lorenzo Hernandez, Zachariah Wilber, and Police Officers John and Jane Doe. (ECF No. 1.) On November 23, 2021, pursuant to FRCP 15(a)(2), Plaintiff moved for leave to amend his complaint to include the actual names of placeholder Defendants John and Jane Doe. (ECF No. 20.) Finding good cause, the Court **GRANTS** the Motion. Accordingly,

    **IT IS HEREBY ORDERED**: Plaintiff's Motion to Amend his Complaint, ECF No. 20, is GRANTED.

    Dated at Milwaukee, Wisconsin on November 29, 2021.

                                                    s/ *Brett H. Ludwig*
                                                    BRETT H. LUDWIG
                                                    United States District Judge